**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 14-425 SLR |
| v. | ) ) ) | |
| CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE BANK (USA), N.A.; CAPITAL ONE, N.A., | ) ) ) ) | |
| Defendants. | ) ) | |
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 14-529 SLR |
| v. | ) ) ) | |
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |
| JOAO BOCK TRANSCATION SYSTEMS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 14-530 SLR |
| v. | ) ) ) | |
| TRADEKING GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Joao Bock Transaction Systems, Inc. ("Plaintiff") and Defendants Capital One Financial Corporation; Capital One Bank (USA), N.A.; Capital One, N.A.; General Electric Capital Corporation; and TradeKing Group, Inc. ("Defendants"), that all claims in Plaintiff's Complaint in the above-captioned action are hereby dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 26, 2016

| | |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Kenneth L. Dorsney* |
| Stamatios Stamoulis (I.D. # 4606) | Kenneth L. Dorsney (I.D. # 3726) |
| Richard C. Weinblatt (I.D. # 5080) | MORRIS JAMES LLP |
| STAMOULIS & WEINBLATT LLC | 500 Delaware Avenue, Suite 1500 |
| Two Fox Point Centre | Wilmington, DE 19801 |
| 6 Denny Road, Suite 307 | (302) 888-6800 |
| Wilmington, DE 19809 | kdorsney@morrisjames.com |
| (302) 999-1540 | |
| Stamoulis@swdelaw.com | *Attorneys for Defendants* |
| Weinblatt@swdelaw.com | *Capital One Financial Corporation, et al.* |

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian M. Rostocki*
　　　　　　　　　　　　　　　　　　　　　　　　Brian M. Rostocki (I.D. # 4599)
　　　　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　(302) 778-7500
　　　　　　　　　　　　　　　　　　　　　　　　brostocki@reedsmith.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　　*General Electric Capital Corporation*

                          */s/ David E. Moore*
Richard L. Horwitz (I.D. # 2246)
David E. Moore (I.D. # 3983)
Bindu A. Palapura (I.D. # 5370)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant TradeKing Group, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2016.

                          _____
                              United States District Judge